Louis Rothschild, Respondent, v. Henry Allen et al., Appellants.

*Rothschild* v. *Allen*, 90 App. Div. 233, affirmed.
(Argued February 2, 1905; decided February 21, 1905.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*John J. Crawford* and *Charles H. Brush* for appellants.

*William J. Barr* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Gray, O'Brien, Bartlett, Haight, Vann and Werner, JJ. Absent: Cullen, Ch. J.

---

The People of the State of New York, Respondent, v. Charles Kanter, Appellant.

*People* v. *Kanter*, 100 App. Div. 516, affirmed.
(Argued February 2, 1905; decided February 21, 1905.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 10, 1905, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Max D. Steuer* for appellant.

*William Travers Jerome, District Attorney (Howard S. Gans* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: Gray, Bartlett, Haight, Vann and Werner, JJ. Not voting: O'Brien, J. Absent: Cullen, Ch. J.